IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROBERTO MURILLO 465170,

        Petitioner,

v.

DR. BURTON COX; C.O. PETSCHE, Reviewer
ICE; MANDY MATSON, CCE; JOHN PAQUIN,
Warden; RICHARD GUTKNECHT; CYNTHIA
THOPPE; TOM GOZINSKE; WELCOME ROSE;
AMY SMITH; RN VAUSCH; and RICK
MACMISCH, Secretary D.O.C.;

        Respondents.

ORDER

08-cv-676-slc

---

Petitioner Roberto Murillo, a prisoner at the Prairie du Chien Correctional Institution in Prairie du Chien, Wisconsin, has submitted a proposed complaint. He asks for leave to proceed *in forma pauperis*. Because petitioner is a prisoner, he is subject to the 1996 Prisoner Litigation Reform Act. This means that before this court may decide whether he can proceed with his complaint *in forma pauperis*, petitioner will have to make an initial partial payment of the $350 filing fee in the amount of $10.00 and the remainder of the fee in monthly installments even if his request for leave to proceed is denied. If petitioner does not have the money to make the initial partial payment in his regular account, he will have to arrange with prison authorities to pay some or all of the assessment from his release account. This does not mean that petitioner is free to ask prison authorities to pay *all* of his filing fee from his release account. The only amount petitioner must pay at this time is the $10.00 initial partial payment. Before prison officials take any portion of that amount from petitioner's release account, they

Dockets.Justia.com

may first take from petitioner's regular account whatever amount up to the full amount petitioner owes.

ORDER

IT IS ORDERED that petitioner is assessed $10.00 as an initial partial payment of the $350 fee for filing this case. He is to submit a check or money order made payable to the clerk of court in the amount of $10.00 on or before December 15, 2008. If, by December 15, 2008, petitioner fails to make the initial partial payment or show cause for his failure to do so, he will be held to have withdrawn this action voluntarily. In that event, the clerk of court is directed to close this file without prejudice to petitioner's filing his case at a later date.

Entered this 24th day of November, 2008.

BY THE COURT:

/s/
_____
STEPHEN L. CROCKER
Magistrate Judge