IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERTO MURILLO,

    Plaintiff,

v.

DR. BURTON COX; C.O. PETSCHE, Reviewer ICE; MANDY MATSON, CCE; JOHN PAQUIN, Warden; RICHARD GUTKNECHT; CYNTHIA THOPPE; TOM GOZINSKE; WELCOME ROSE; AMY SMITH; RN VAUSCH; and RICK MACMISCH, Secretary D.O.C.,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-676-slc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_____    _1/14/10_____
Peter Oppeneer, Clerk of Court             Date